UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :    Case No.:        __17-35355__
                                                    :
Dorothy Broughton                                   :    Adv. No.:        _____
                                                    :
                                                    :    Judge:           Altenburg
            Debtor (s),                             :
                                                    :    Chapter:         ____13____

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge.

**Reason for Hearing:**      Motion to Allow Daughter to appear for Debtor

**Location of Hearing:**     Courtroom No. 4B
                             Mitchell H. Cohen U.S. Courthouse
                             400 Cooper Street
                             Camden, NJ 08101

**Date and Time:**           Tuesday, Feb. 20, 2018 at 10 am_____,
                             or as soon thereafter as counsel may be heard.

**Please note that the movant must timely serve a copy of the motion/application on all relevant parties, including the trustee, advising them of the hearing date and time listed above. The movant must also file a certificate of service with the court stating that all parties were served and advised of the hearing date and time. Also note that the movant must attend the hearing or the motion may be denied. If you have any questions, please contact Bruce Compton at 856-361-2325.**

DATED:      __1/18/18__              JEANNE A. NAUGHTON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____January 18, 2018_____ the foregoing notice was served on the following:

Dorothy Broughton, Debtor
Isabel Balboa, Ch 13 Trustee

JEANNE A. NAUGHTON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-35355-ABA
Dorothy Broughton                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1              Date Rcvd: Jan 18, 2018
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.
db          +Dorothy Broughton,    1410 Osbourne Drive,    PO Box 438,    Port Norris, NJ 08349-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company rsolarz@kmllawgroup.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 3