# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*
*Raymond H. Shockley, Jr., Staff Attorney*
*Jennifer R. Gorchow, Staff Attorney*

*Jennie P. Archer\**
*Kelleen E. Stanley\**
*Jenai M. Cerquoni\**
*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

January 23, 2018

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

      RE:    **Chapter 13 Bankruptcy**
                **Case No. 17-35355 (ABA)**
                **Debtor(s) Name: Dorothy Broughton**

Dear Judge Altenburg:

      Please accept this letter in lieu of a more formal response to Debtor's Motion to Allow Daughter to Act on Debtor's behalf which is returnable February 20, 2018 at 10:00 a.m.

      Debtor comes before the Court one (1) month after her bankruptcy was filed on a Motion to Permit Debtor's daughter, Linda Broughton, to act on Debtor's behalf. Debtor certifies she is elderly and her mobility is limited. As a result, she feels it is in her best interest for her daughter to handle her bankruptcy case going forward.

      Debtor has not provided a copy of an executed Power of Attorney wherein Debtor gives her daughter the legal authority to act on her behalf. Debtor also failed to attach a Certification of Service providing proof of service on all interested parties. Specifically, the Office of the United States Trustee should be served with a copy of Debtor's motion.

      Based on the foregoing the Trustee respectfully requests Debtor be required to provide a copy of a Power of Attorney and file a Certification of Service with the Court.

      As always, the Court is welcome to contact the Trustee with any concerns.

                            Respectfully submitted,

                            /s/ *Raymond H. Shockley, Jr.*
                            Raymond H. Shockley, Jr.
                            Staff Attorney

RHS/jpa
cc:    Dorothy Broughton (Via Regular Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

P.O. Box 1978
Memphis, TN 38101-1978