UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Office of the Chapter 13 Standing Trustee
Isabel C. Balboa, Esquire
535 Route 38, Suite 580
Cherry Hill, NJ  08002
(856) 663-5002

**Order Filed on March 16, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Dorothy Broughton

Case No: _____17-35355_____

Chapter: _____13_____

Judge: _____ABA_____

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION
## AND WAIVING COURT FILING FEE

The relief set forth on the following page is ORDERED.

**DATED: March 16, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____Isabel C. Balboa, Chapter 13 Trustee_____, and regarding _____Page 3 of Debtor's Power of Attorney (Doc 36)_____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

ORDERED that the $25 Court filing fee is hereby waived.

*rev. 8/1/15*