Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

                    Case No.: 17−35355−ABA  
                    Chapter:  13  
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Dorothy Broughton  
    1410 Osbourne Drive  
    PO Box 438  
    Port Norris, NJ 08349

Social Security No.:  
    xxx−xx−1455

Employer's Tax I.D. No.:

---

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

    The Court having noted that:

☑     An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 3/18/18 in the amount of $ 55.00 has not been received by the Clerk,

☐     The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

    It is hereby

    ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 4/2/18 or the case will be dismissed.

    If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 4/2/18.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Andrew B. Altenburg Jr. on

Date: 4/10/18  
Time: 10:00 am  
Location: Courtroom 4B  
Address:    Mitchell H. Cohen Courthouse  
               1 John F. Gerry Plaza  
               400 Cooper Street  
               Camden, NJ 08101−2067

Dated: March 19, 2018  
JAN: bc

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge