UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
880 E. Elmer Road
Vineland, New Jersey 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

In Re:

  Dorothy Broughton

Order Filed on May 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   17-35355

Chapter:   13

Adv. No.:   N/A

Hearing Date: 5/8/2018 @ 10:00 a.m.

Judge:   Andrew B. Altenburg

**ORDER:**

1. **TO WAIVE APPEARANCE AT 341(A) HEARING FOR DEBTOR**

2. **TO ALLOW DEBTOR'S POWER OF ATTORNEY TO APPEAR AT 341(A) HEARING ON BEHALF OF DEBTOR**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: May 8, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Dorothy Broughton
**Case No:** 17-35355/ABA
**Caption of Order:** 1. To Waive Appearance at 341(a) Hearing for Debtor; and 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor

---

Upon consideration of the Motion of Moshe Rothenberg, Esq. 1. To Waive Appearance at 341(a) Hearing for Debtor; and 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor; and good cause appearing therefore; it is hereby and good cause appearing therefore; it is hereby

**ORDERED AND ADJUDGED** that Dorothy Broughton is waived from appearing at the 341(a) Meeting of Creditors;

**IT IS FURTHER ORDERED** that Linda M. Broughton is authorized to appear at the 341(a) Hearing on behalf of Dorothy Broughton